IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MICHAEL COX**                                                                                     **PLAINTIFF**

**v.**                                          **No. 1:24CV3-SA-JMV**

**LEE CO. SHERIFF DEPT.**                                                **DEFENDANT**

### ORDER *GRANTING IN PART AND DENYING IN PART* PLAINTIFF'S MOTION [14] FOR AN ORDER TO SHOW CAUSE AND TO REINSTATE THE INSTANT CASE

This matter comes before the court on the motion [14] by the plaintiff to reinstate the instant case, which the court dismissed [13] because he failed to complete and return the form complaint the court provided him by the deadline. The plaintiff alleges that he could not comply with the court's order because jail personnel have interfered with his incoming and outgoing mail.

(1) The plaintiff's request to reinstate this case and for other relief is **DENIED**;

(2) The plaintiff's request for another copy of the court's form complaint is **GRANTED**;

(3) The Clerk of the Court is **DIRECTED** to provide the plaintiff with that form § 1983 complaint, *which the plaintiff must complete and return to the court within 21 days.*

If the plaintiff completes and returns the form by the deadline, then the court will reinstate this case.

**SO ORDERED**, this, the 3rd day of February, 2025.

                                                             /s/ Sharion Aycock
                                                             U. S. DISTRICT JUDGE